

**MCGEARY CUKOR**
INTELLECTUAL PROPERTY LAW

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/17/19

Michael Cukor

**McGeary Cukor LLC**
7 Dumont Place
Morristown, New Jersey 07960
Direct: (973) 339-7367 Fax: (973) 200-4845

54 West 40th Street
New York NY 10018
(646) 357-3800
mcukor@mcgearycukor.com

January 17, 2019

**BY ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: <u>JRSK, Inc. v. Prized Ventures Ltd. and Monos Travel Ltd.
18 Civ. 10752 (S.D.N.Y.)</u> – Joint Status Report

Dear Judge Carter:

We represent defendants Prized Ventures Ltd. and Monos Travel Ltd. in the above-captioned matter and write pursuant to Your Honor's January 10th Order to provide the Court with a Joint Status Report.

The parties have made progress since January 10 but have not fully resolved the matter. Accordingly, both parties request that they be allowed an additional seven (7) days to continue settlement discussions and then provide the Court with another Joint Status Report on January 24.

Counsel for plaintiff, JRSK Inc., has reviewed and approved this letter.

Respectfully submitted,

McGeary Cukor LLC

By: _____
Michael Cukor

cc: Richard Lehv (via ECF)

The application is ✓ granted.
                    ___ denied.

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: 1/17/19
NY, New York

{F2900037.1}