# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison S. Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim
Jason Jones
Leo Kittay
Amanda B. Agati
Ashford Tucker

**Senior Counsel**
Janet L. Hoffman
Roger L. Zissu
Stephen Bigger

**Senior Litigation Counsel**
Richard Z. Lehv

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Todd Martin
Sherri N. Duitz
Emily Weiss
Erica Gould
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Jessica Vosgerchian
Robin Warren
Sean F. Harb
Melissa Goldstein
Robin N. Baydurcan
Julia Belagorudsky
Miriam Kavalerchik
Joseph A.R. Gerber
Sydney Kipen

January 31, 2019

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *JRSK, Inc. v. Prized Ventures Ltd. and Monos Travel Ltd.*, 18 Civ. 10752
(Our Ref.: JRSK 1812907)

Dear Judge Carter:

We are counsel to Plaintiff, JRSK, Inc. in this civil action. We are writing to inform you that the parties have reached a settlement in principle. The parties therefore request that the Court enter a "Thirty Day Order," giving the parties thirty days to negotiate and sign a settlement agreement.

Opposing counsel has reviewed and consented to this letter.

We appreciate the Court's attention to this matter.

Respectfully,

Richard Lehv

Encl.
cc:   Michael Cukor, Esq.
      Leo Kittay, Esq.