UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JRSK, Inc.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Prized Ventures Ltd. and Monos Travel Ltd.,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 18 Civ. 10752 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, and

ORDERED by the Court, that

1. Plaintiff, JRSK, Inc. hereby dismisses the Complaint without prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and

2. Defendant Monos Travel Ltd. hereby dismisses its Counterclaims without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

3. Each Party will bear its own costs, attorneys' fees and expenses.

Dated: New York, New York
　　　　March 8, 2019

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
　Richard Lehv (rlehv@fzlz.com)
　Leo Kittay (lkittay@fzlz.com)
4 Times Square, 17th Floor
New York, New York 10036
Tel: (212) 813-5900

*Attorneys for Plaintiff*

{F2955775.1 }

Dated: Morristown, New Jersey
       March 8, 2019

MCGEARY CUKOR LLC

By: /s Michael Cukor
Michael Cukor (mcukor@mcgearycukor.com)

7 Dumont Pl
Morristown, NJ 07960
Tel: (973) 339-7367

*Attorneys for Defendants*

SO ORDERED:

_____
Andrew L. Carter, Jr., U.S.D.J

{F2955775.1 }